```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                    CASE NO. 08 B 08406
      KALVIN D HOOPER
      KAREN HOOPER                           CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

              Debtor
      SSN XXX-XX-1298      SSN XXX-XX-8224


   -------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
   -------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

        1.  The case was filed on 04/08/08 .

        2.  The case was dismissed without confirmation, 08/01/2008.

        3.  The Debtor paid a total of $   1192.00 .

        4.  The Trustee made disbursements to creditors as follows:


   -------------------------------------------------------------------------------
   CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
   -------------------------------------------------------------------------------
   MIDLAND MORTGAGE CO         CURRENT MORTG          .00           .00           .00
   MIDLAND MORTGAGE CO         MORTGAGE ARRE NOT FILED             .00           .00
   BENEFICIAL                  SECURED                .00           .00           .00
   BENEFICIAL                  MORTGAGE ARRE NOT FILED             .00           .00
   MIDLAND CREDIT MGMT         SECURED                .00           .00           .00
   CAPITAL ONE BANK            UNSECURED     NOT FILED             .00           .00
   CINGULAR WIRELESS           UNSECURED     NOT FILED             .00           .00
   CONDELL MEDICAL CENTER      UNSECURED     NOT FILED             .00           .00
   DESTINY HEALTH INS CO       UNSECURED     NOT FILED             .00           .00
   ILLINOIS BONE & JOINT CE    UNSECURED     NOT FILED             .00           .00
   PETER CHHABRIA MD           UNSECURED     NOT FILED             .00           .00
   LAKE SHORE ORTHOPAEDICS     UNSECURED     NOT FILED             .00           .00
   NORTHWESTERN MEDICAL FAC    UNSECURED     NOT FILED             .00           .00
   VICTORY MEMORIAL HOSPITA    UNSECURED     NOT FILED             .00           .00
   VISTA HEALTH                UNSECURED     NOT FILED             .00           .00
   WKGN FAMILY DENTAL          UNSECURED     NOT FILED             .00           .00
   INTERNAL REVENUE SERVICE    SPECIAL CLASS NOT FILED             .00           .00
              Summary of disbursements:
   -------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER         TOTAL
   -------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED       .00         .00          .00          .00           .00
   PRINCIPAL PAID           .00         .00          .00          .00           .00
   INTEREST PAID            .00         .00          .00          .00           .00
   TOTAL PAID               .00         .00          .00          .00           .00
   The Debtor's attorney, JEFF WHITEHEAD                , was allowed $   3500.00
   and was paid $   672.80  direct and $   1122.87  through the plan.

   The Trustee received $    69.13 .

   Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 08406 KALVIN D HOOPER & KAREN HOOPER